# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BARRISTER GLOBAL SERVICES
NETWORK, INC.

NO.   2022 CW 0850

VERSUS

ROBERT BARNETT

**OCTOBER 24, 2022**

---

In Re:   Barrister Global Services Network, Inc., applying for
supervisory writs, 22nd Judicial District Court,
Parish of St. Tammany, No. 2020-11149.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> **JMM**
> **PMc**
> **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT